Robert J. McNelly, Esquire
Attorney I.D. #84898                                         Attorneys for Plaintiff, Sommer Miller
David B. Ermine, Esquire
Attorney I.D. #76874
Beth R. Stearns (*pro hac vice*)
McNelly Law Group
1415 S. Collegeville Road, Suite B
Collegeville, PA 19426
Phone (610) 331-0272
rmcnelly@mcnellylaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF   PENNSYLVANIA

| | | |
|---|---|---|
| SOMMER MILLER | : | |
|       PLAINTIFF | : | CIVIL ACTION |
| | : | |
| VS. | : | NO.  21-cv-619-CMR |
| | : | |
| | : | |
| THE CITY OF PHILADELPHIA, *ET. AL* | : | |
|       DEFENDANTS | : | |

**JOINT REPORT OF RULE 26(f) MEETING**

In accordance with Federal Rule of Civil Procedure 26(f), counsel for the parties conferred on May 7, 2021 and submit the following report of their meeting for the court's consideration:

**1. Discussion of Claims, Defenses and Relevant Issues**

Plaintiff provides a detailed account of the factual background that supports her claims within the Complaint itself.

Defendants deny Plaintiff's claims in their entirety.

**2. Informal Disclosures**

The parties will file and serve Rule 26 Disclosures prior to the Rule 16 Teleconference.

**3. Formal Discovery**

The parties have not exchanged formal discovery. Plaintiff is prepared to serve discovery within a week after the scheduled Rule 16 Teleconference.

120 days should be sufficient for discovery.

The parties will discuss issues pertaining **to electronic discovery shortly**.

**4. Expert Witness Disclosures**

It is premature to disclose expert witnesses at this stage of the litigation, but the parties do not foresee an issue with simultaneous exchange of reports after the conclusion of discovery.

**5. Early Settlement or Resolution**

The parties have had informal settlement discussions but have not yet discussed early resolution options under Local Rule 53.3.

**6. Magistrate Jurisdiction**

The parties are not willing to consent to Magistrate jurisdiction at this time.

**7. Trial date**

The parties will agree on a range shortly after the Rule 16 Teleconference.

**8. Other Matters**

None currently.

|  |  |
|---|---|
| Respectfully submitted, | Respectfully summitted, |
| ____/s/_____ | _____/s/_____ |
| Robert J. McNelly, Esquire | Daniel R. Unterburger |
| Date: May 7, 2021 | Date: May 7, 2021 |