## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOMMER MILLER<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF PHILADELPHIA, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 21-619 |

## ORDER

**AND NOW,** this 16th day of June 2021, it is hereby **ORDERED** that the case is referred to Magistrate Judge Carol Sandra Moore Wells for a settlement conference on **July 29, 2021 at 10:00 A.M.**[1]  The parties and/or persons with full authority to settle <u>must</u> participate unless excused in advance by Judge Wells.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

CYNTHIA M. RUFE, J.

---

[1] The parties, with permission from Magistrate Judge Wells, may modify the settlement conference date by up to 14 days without seeking permission from this Court.