# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOMMER MILLER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF PHILADELPHIA, et al | : | NO. 21-cv-619 |

## O R D E R

AND NOW this 15th day of July 2021, it is hereby **ORDERED** that the settlement conference in the above-captioned matter has been rescheduled to September 7, 2021 at 10**:**00 a.m.  All parties necessary to settle the case or delegate(s) with full authority must attend this conference, unless excused by this court in advance.

Instructions for video\telephonic conferencing will follow.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE