IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SOMMER MILLER**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF PHILADELPHIA**, et al., <br><br> Defendants. | : <br> : <br> : <br> : <br> : **Civil Action No. 21-619-CMR** <br> : <br> : <br> : <br> : |

**JOINT STIPULATION TO EXTEND DEADLINES BY SIXTY (60) DAYS**

IT IS HEREBY stipulated and agreed that the date by which discovery must be completed is extended by sixty (60) days to November 15, 2021, the corresponding expert discovery deadlines are extended by sixty (60) days to November 15, 2021 for Plaintiff's expert report(s) and December 15, 2021 for Defendants' expert reports, and the corresponding dispositive motions deadline is extended sixty (60) days to January 3, 2021.

  s/ Daniel R. Unterburger  
Daniel R. Unterburger
Assistant City Solicitor
*Attorney for Defendants City of Philadelphia and Rochelle Bilal*

Dated: September 13, 2021

  s/ Robert McNelly  
Robert McNelly, Esquire
*Attorney for Plaintiff*

**APPROVED:**

 /s/ Cynthia M. Rufe

_____
**J. CYNTHIA M. RUFE**