**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SOMMER MILLER | : |
| | : |
| v. | : No. 2:21-cv-00619-CMR |
| | : |
| THE CITY OF PHILADELPHIA, THE CITY | : |
| OF PHILADELPHIA SHERRIFF'S OFFICE, | : JURY TRIAL DEMANDED |
| AND SHERIFF ROCHELLE BILAL | : |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance on behalf of Defendant, Sheriff Rochelle Bilal, in the above-captioned matter only.

                                                                                 **MARSHALL DENNEHEY WARNER**
                                                                                 **COLEMAN & GOGGIN**

                                                                                  John P. Gonzales, Esquire
                                                                                  Attorney for Defendant,
                                                                                  Sheriff Rochelle Bilal
                                                                                  PA Attorney ID#: 45723
                                                                                  2000 Market Street, Suite 2300
                                                                                  Philadelphia, PA 19103
                                                                                  P: (215) 575-2871 F: (215) 575-0856
                                                                                  jpgonzales@mdwcg.com

DATE: <u>February 16, 2022</u>