**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SOMMER MILLER : CIVIL ACTION
 :
v. :
 :
THE CITY OF PHILADELPHIA, et al : NO.  21-619

**O R D E R**

AND NOW, this 25th day of August 2022, with consent of all parties in the above-captioned matter, it is hereby **ORDERED** that Defendant SHERIFF ROCHELLE BILAL, is **DISMISSED** with prejudice.

BY THE COURT:

 */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE