**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**SOMMER MILLER,**

             **Plaintiff,**

    **v.**

**CITY OF PHILADELPHIA,**

             **Defendant.**

**CIVIL ACTION NO. 21-619**

## ORDER

    **AND NOW,** this 30th day of August 2022, upon consideration of the parties' settlement and the closure of this case, it is hereby **ORDERED** that the Motion Hearing scheduled at 2:00 p.m. today is **CANCELED**.

    It is so **ORDERED**.

             **BY THE COURT:**

             **/s/ Cynthia M. Rufe**

             _____

             **CYNTHIA M. RUFE, J.**