IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOMMER MILLER | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| THE CITY OF PHILADELPHIA | : | NO. 21-cv-619 |

**O R D E R**

AND NOW, this 28th day of November 2022, it is hereby **ORDERED** that this court's August 29, 2022, order is **VACATED**.

**IT IS FURTHER ORDERED** that the issues between the parties in the above action shall remain settled, pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970). The matter is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
U.S. MAGISTRATE JUDGE

Civ 2 (7/83)
41.1(b)